UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHSTONE STRATEGIC TRUST, et al.,

                Plaintiffs,

-v-

GENERAL ELECTRIC COMPANY, et al.,

                Defendants.

19-CV-1876 (JMF)

ORDER

---

JESSE M. FURMAN, United States District Judge:

On May 10, 2021, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on February 19, 2021, ECF No. 17, Plaintiffs shall file any amended complaint by **May 31, 2021**. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they relies on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss, any opposition shall be filed within five weeks, and any reply shall be filed within four weeks of any opposition.

If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiffs shall file any opposition to the motion to dismiss by **June 21, 2021**, and Defendants shall file any reply by **July 19, 2021**. *See* ECF No. 17.

SO ORDERED.

Dated: May 11, 2021
      New York, New York

                                  JESSE M. FURMAN
                                  United States District Judge