UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHSTONE STRATEGIC TRUST, et al.,

    Plaintiffs,

-v-

GENERAL ELECTRIC COMPANY, et al.,

    Defendants.

---

19-CV-1876 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motion to dismiss, *see* ECF No. 36, Defendants' earlier motion to dismiss filed at ECF No. 23 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **July 26, 2021**. Defendants' reply, if any, is due by **August 23, 2021**.

The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

Dated: June 22, 2021
      New York, New York

                                      JESSE M. FURMAN
                                   United States District Judge