**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

TOUCHSTONE STRATEGIC TRUST,
TOUCHSTONE VARIABLE SERIES TRUST,
THE WESTERN AND SOUTHERN LIFE
INSURANCE COMPANY, WESTERN-SOUTHERN
LIFE ASSURANCE COMPANY, WESTERN &
SOUTHERN FINANCIAL GROUP, INC., and
INTEGRITY LIFE INSURANCE COMPANY,

                      Plaintiffs,

    -against-

GENERAL ELECTRIC COMPANY, JEFFREY R.
IMMELT, JEFFREY S. BORNSTEIN, JAMIE S.
MILLER, and KEITH S. SHERIN,

                      Defendants.

---------------------------------------------------------------x

Case No. 1:19-cv-01876-JMF

**NOTICE OF APPEAL**

Notice is hereby given that Touchstone Strategic Trust, Touchstone Variable Series Trust, The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Western & Southern Financial Group, Inc., and Integrity Life Insurance Company, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered September 28, 2022 (ECF 48) granting defendants' motion to dismiss and the final Judgment entered on September 30, 2022 (ECF 49).

Dated: New York, New York
October 27, 2022

        Respectfully submitted,

        /s/ *Steven S. Fitzgerald*

        William A. Maher
        Steven S. Fitzgerald
        Roselind F. Hallinan
        WOLLMUTH MAHER & DEUTSCH LLP
        500 Fifth Avenue
        New York, New York 10110
        Phone: (212) 382-3300
        Fax: (212) 382-0050
        wmaher@wmd-law.com
        sfitzgerald@wmd-law.com
        rhallinan@wmd-law.com

        *Attorneys for Plaintiffs*